Early Term
SDIL (12/05)

# United States District Court
## for
## Southern District of Illinois

FILED

FEB 0 6 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## Request for Early Termination of Supervision

Name of Offender: Troy E. Brown                               Docket Number: 0754 3:01CR30033-001

Name of Sentencing Judicial Officer: Honorable David R. Herndon

Date of Original Sentence: July 23, 2001

Original Offense: Possession with Intent to Distribute Cocaine Base

Original Sentence: 70 months Bureau of Prisons, 48 months' Supervised Release

Type of Supervision: Supervised Release                       Date Supervision Commenced: April 4, 2006

Assistant U.S. Attorney: Alix E Armstead                      Defense Attorney: Lawrence J. Fleming

## PETITIONING THE COURT

For early discharge of the defendant from supervised release pursuant to 18 U.S.C. § 3583(e)(1)

## COMPLIANCE WITH CONDITIONS OF SUPERVISION

The defendant has complied with all statutory and standard conditions of supervision, including the completion of the mandatory drug testing provision. Furthermore, the following special conditions of supervision were adhered to and/or addressed:

Substance Abuse Treatment

Financial Disclosure

The defendant shall pay any financial penalty that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release. The defendant shall pay the fine in installments of $20.00 per month or ten percent of his net monthly income, whichever is greater.

Months in Community Since Last Difficulty: N/A

*For purposes of this petition "difficulty" is defined as (1) any indication of new criminal behavior, (2) any violation of supervision that requires judicial notification, or (3) any significant pattern of noncompliant behavior.

## CRIMINAL MONETARY PENALTIES

The defendant was ordered to pay the following:

| Financial Penalty | Ordered Amount | Current Balance |
| --- | --- | --- |
| Special Assessment: | $100 | $0 |
| Fine | $250 | $0 |
| Restitution | $0 | $0 |

## GOVERNMENT'S RESPONSE

When this Officer originally contacted Assistant U.S. Attorney James Crowe in 2007, regarding an early termination of supervision, he indicated that the wanted the offender to complete two years of supervision. The offender has now completed two years of supervision. Several e-mails and voice mail messages have been left for Assistant U.S. Attorney James Crowe to ascertain if there are any objections to the early termination, but no response has been received. During the last correspondence, this officer indicated that if no response was received, this officer would move forward with the petition for early termination.

### U.S. Probation Officer Recommendation:

The offender has done well since the commencement of his supervised release. He has complied with the conditions of releases and has not incurred any violations that required the Court's attention. The offender has completed DNA testing and maintained employment in the building maintenance field. The offender successfully completed the on-site drug testing program and has not submitted any positive drug tests. The offender has resided with his aunt in Belleville, Illinois, throughout his supervision.

Inasmuch as the defendant has satisfied or complied with all conditions and is no longer in need of supervision, it is accordingly recommended that the defendant be discharged from supervised release.

Respectfully submitted,

by

Damon R. Selvey
U.S. Probation Officer
Date: May 2, 2008

DRS:ksg

THE COURT ORDERS:

[X] Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.
[ ] Resubmit request for early termination of supervision at a later date
[ ] Other Action _____
[ ] No Action

Signature of Judicial Officer

May 30, 2008
Date